No. 744. STEWART *v.* UNITED STATES. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jack Crenshaw* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 747. WASHINGTON, MARLBORO & ANNAPOLIS MOTOR LINES, INC. *v.* HENDERSON, PRICE ADMINISTRATOR. April 5, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James P. Donovan* for petitioner. *Solicitor General Fahy* and *Mr. Valentine Brookes* for respondent.

No. 755. CRIDLEBAUGH, TRADING AS MARVEL COMPANY, *v.* RUDOLPH, TRADING AS RUDOLPH POULTRY EQUIPMENT Co. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Jas. M. Naylor, Theodore H. Lassagne,* and *George C. Baldt* for petitioner. *Mr. Wm. S. Hodges* for respondent.

No. 807. MACBRYDE, ADMINISTRATOR, ET AL. *v.* PARKER, EXECUTRIX, ET AL.; and

No. 808. MACBRYDE, ADMINISTRATOR, ET AL. *v.* DAVIDGE, TRUSTEE, ET AL. April 5, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. James Morfit Mullen* for petitioners. *Messrs. Eben J. D. Cross* and *Edwin F. A. Morgan* for respondents.

No. 770. COOPERATIVE TRANSIT Co. *v.* WEST PENN ELECTRIC Co. ET AL. April 5, 1943. Petition for writ of